THE STATE OF OHIO, APPELLANT, *v.* PAXTON, APPELLEE.

[Cite as *State v. Paxton* (1996), 77 Ohio St.3d 1204.]

(No. 95–1340—Submitted September 24, 1996—Decided November 6, 1996.)

---

*Anthony G. Pizza,* Lucas County Prosecuting Attorney, and *J. Christopher Anderson,* Assistant Prosecuting Attorney, for appellant.

*Britz & Zemmelman* and *Norman G. Zemmelman;* and *John A. Coble,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, KLINE, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

ROGER L. KLINE, J., of the Fourth Appellate District, sitting for RESNICK, J.